An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMAL DAMON HENDRIX,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66331

**FILED**

SEP 24 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order granting a motion for withdrawal of attorney of record and an order granting motion for leave to allow petitioner to dismiss petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

No statute or court rule permits an appeal from an order granting the abovementioned motions. Accordingly, we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

14-31696

cc: Hon. Michael Villani, District Judge
Jamal Damon Hendrix
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk